**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Marvin McCALL, Defendant-Appellant.**

No. 73–1513

**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Aug. 8, 1973.

Rehearing Denied Sept. 7, 1973.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. The pertinent provision of 18 U.S.C. § 4251 reads:

Theodore J. Sakowitz, Asst. Federal Public Defender, Miami, Fla. (Court-appointed, not under Act), for defendant-appellant.

Robert W. Rust, U. S. Atty., Jerome B. Ullman, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before WISDOM, AINSWORTH and CLARK, Circuit Judges.

PER CURIAM:

The district court's order denying appellant McCall's post-sentence motion for commitment for treatment under the Narcotic Addict Rehabilitation Act, 18 U.S.C. § 4251 et seq., was correct. Appellant had two prior felony convictions in Florida for possession of cocaine, in violation of 398.03 Florida Statutes, and for carrying a concealed weapon, in violation of 790.01 Florida Statutes, and thus was ineligible under 18 U.S.C. § 4251(f)(4) for NARA commitment.[1]

Affirmed.

"(f) 'Eligible offender' . . . does not include—

. . . . .

(4) an offender who has been convicted of a felony on two or more prior occasions."